No. 10–10990. ROGERS v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10991. REECE v. WALDEN AFFORDABLE, LLC, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10992. RUFF v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–10993. SALAHUDDIN, AKA SALADIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10995. TEKLE v. UNITED STATES (two judgments). C. A. 9th Cir. Certiorari denied.

No. 10–10996. ZACKARY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10997. UPIA-FRIAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10998. YANEZ-HERNANDEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10999. BRAYBOY v. ROBESON COUNTY BOARD OF EDUCATION. C. A. 4th Cir. Certiorari denied.

No. 10–11000. BATTLE v. OHIO. Ct. App. Ohio, Morgan County. Certiorari denied.

No. 10–11001. AGLIPAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11002. ADAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–11003. BROWN v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–11005. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.